Form 24-1

| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 24 |

| Canadian Solar Inc., et al. | |
|---|---|
| Plaintiff, | **Consol. Court No.:** 18-00184 |
| v. | |
| United States | |
| Defendant. | |

## ORDER FOR STATUTORY INJUNCTION UPON CONSENT

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below;

The parties in this action agree that, as required by 19 U.S.C. § 1516a(c)(2), a proper showing has been made that the requested injunctive relief should be granted under the circumstances;

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

Form 24-2

Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules ;
[insert Product]

from the People's Republic of China ;
[insert Country]

(1) That were: (Add additional lines as needed)

☐ produced by _____
[Company Name]

☐ exported by _____
[Company Name]

☐ produced by _____ and
[Company Name]

exported by _____
[Company Name]

☐ produced and exported by _____
[Company Name]

☑ produced and/or exported by (see continuation page)
[Company Name]

☐ produced by _____ and
[Company Name]

imported by _____ ;
[Company Name]

(2) That were the subject of the United States Department of Commerce's final determination in Final Results of Countervailing Duty Administrative Review; 2015; 83 Fed. Reg. 34828 (July 23, 2018) ;
[insert title, volume, page and date of FR Notice]

(3) That were entered, or withdrawn from warehouse, for consumption, during the period January 1, 2015 ____ __ through December 31, 2015 ____ __ ;
[Date]                                                                 [Date]

Form 24-3

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: May 27, 2021
New York, New York

/S/ Jane A. Restani
Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019.)

**Canadian Solar Inc., et. al. v. United States**, CIT Consol. Court No 18-00184

Form 24 – Continuation attachment identifying all Producers/Exporters:

(1) That were:

produced and/or exported by   Changzhou Trina Solar Yabang Energy Co., Ltd.;

produced and/or exported by   Trina Solar (Changzhou) Science and Technology Co., Ltd.;

produced and/or exported by   Changzhou Trina Solar Energy Co., Ltd;

produced and/or exported by   Yancheng Trina Solar Energy Technology Co., Ltd.;

produced and/or exported by   Hubei Trina Solar Energy Co., Ltd.;

produced and/or exported by   Turpan Trina Solar Energy Co., Ltd.; and

produced and/or exported by   Changzhou Trina PV Ribbon Materials Co., Ltd.