## UNITED STATES COURT OF INTERNATIONAL TRADE

CANADIAN SOLAR INC., ET AL.,

                Plaintiffs and
Consolidated Plaintiffs,

         v.

UNITED STATES,

                Defendant,

   and,

SOLARWORLD AMERICAS INC.,

                Defendant-
Intervenor.

**Before:** Jane A. Restani, Senior Judge

Consol. Ct. No. 18-00184

## <u>ORDER</u>

Upon consideration of the consent motion of Consolidated Plaintiffs, Changzhou Trina Solar Energy Co., Ltd., Trina Solar (Changzhou) Science & Technology Co., Ltd., Changzhou Trina Solar Yabang Energy Co., Ltd., Yancheng Trina Solar Energy Technology Co., Ltd., Turpan Trina Solar Energy Co., Ltd., Hubei Trina Solar Energy Co., Ltd., and Changzhou Trina PV Ribbon Materials Co., Ltd. (collectively "Trina") filed on June 4, 2021 to sever the member case , and all papers and proceedings, it is:

      **ORDERED** that the consent motion is partially granted; and it is further

**ORDERED** that <u>Changzhou Trina Solar Energy Co., Ltd. v. United States</u>, Ct. No. 18-00187 is severed from the above-captioned consolidated action; and it is further

**ORDERED** that Trina's subject entries shall be liquidated in accordance with the judgment entered in <u>Changzhou Trina Solar Energy Co., Ltd. v. United States</u>, Ct. No. 18-00187, including all appeals which are already foregone, as provided in Section 516A of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2012).


By:     _____
                    Jane A. Restani, Senior Judge

**Dated:**     _____
                    New York, New York