# United States Court of Appeals for the Federal Circuit

---

**CANADIAN SOLAR, INC., CANADIAN SOLAR INTERNATIONAL LIMITED, CANADIAN SOLAR MANUFACTURING (LUOYANG), INC., CANADIAN SOLAR MANUFACTURING (CHANGSHU), INC., CSI CELLS CO., LTD., CSI SOLAR POWER (CHINA) INC., CSI SOLARTRONICS (CHANGSHU) CO., LTD., CSI SOLAR TECHNOLOGIES INC., CSI SOLAR MANUFACTURE INC., CSI NEW ENERGY HOLDING CO., LTD., CSI-GCL SOLAR MANUFACTURING (YANCHENG) CO., LTD., CHANGSHU TEGU NEW MATERIALS TECHNOLOGY CO., LTD., CHANGSHU TLIAN CO., LTD., SUZHOU SANYSOLAR MATERIALS TECHNOLOGY CO., LTD., CANADIAN SOLAR (USA), INC.,**
*Plaintiffs-Appellants*

**SUMEC HARDWARE & TOOLS CO., LTD., CHANGZHOU TRINA SOLAR ENERGY CO., LTD., TRINA SOLAR (CHANGZHOU) SCIENCE & TECHNOLOGY CO., LTD., YANCHENG TRINA SOLAR ENERGY TECHNOLOGY CO., LTD., CHANGZHOU TRINA SOLAR YABANG ENERGY CO., LTD., TURPAN TRINA SOLAR ENERGY CO., LTD., HUBEI TRINA SOLAR ENERGY CO., LTD., CHANGZHOU TRINA PV RIBBON MATERIALS CO., LTD.,**
*Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellee*

**SOLARWORLD AMERICAS, INC.,**
*Defendant*

---

2021-1434

---

Appeal from the United States Court of International Trade in Nos. 1:18-cv-00184-JAR, 1:18-cv-00185-JAR, 1:18-cv-00186-JAR, 1:18-cv-00187-JAR, Senior Judge Jane A. Restani.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered January 28, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 21, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court